2425-12-001323

# CITATION

| | |
|---|---|
| **LAURA MARSH FRAZIER** (Plaintiff) | NUMBER C616777 SECTION 24 |
| vs. | 19th JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| **TARGET CORPORATION ET AL** (Defendant) | STATE OF LOUISIANA |

TO:   TARGET CORPORATION
        THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
        CT CORPORATION SYSTEMS

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 08-NOV-2012.

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: JAY M SIMON**

Also attached are the following documents:

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

**CT CORPORATION SYSTEMS:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:   $_____
MILEAGE   $_____                Deputy Sheriff
TOTAL:      $_____

CITATION - 2425

NOV 09 2012

E.B.R. SHERIFF'S OFFICE


EBR1569060

EXHIBIT A

| | |
|---|---|
| LAURA MARSH FRAZIER | NUMBER: 616777   DIVISION: " " |
| VERSUS | 19TH JUDICIAL DISTRICT COURT SEC. 24 |
| | PARISH OF EAST BATON ROUGE |
| TARGET CORPORATION, TARA GLASPER AND XYZ INSURANCE CO. | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through the undersigned counsel, comes LAURA MARSH FRAZIER, a resident of the Parish of East Baton Rouge, State of Louisiana and of the full age of majority, who respectfully represents as follows:

1.

Made defendants herein are:

(1) TARGET CORPORATION, a foreign business corporation, licensed to do and doing business in the State of Louisiana, hereinafter referred to as "Target";

(2) Tara Glasper, a person of the full age of majority, believed to be residing in the Parish of East Baton Rouge, State of Louisiana;

(2) XYZ Insurance Company, the unknown insurer of Target Corporation;

Said defendants are truly and justly indebted unto your petitioner for such sums as are reasonable and proper for the following, to wit:

2.

Petitioner herein, LAURA MARSH FRAZIER, began her employment with Target on or about September 23, 2007, and remained in their employ until February 25, 2011, as a Market Sales Floor Team Leader at store location #2089.

3.

Approximately 90 days after her employment began with Target, she advised company officials that she had been diagnosed with epilepsy and requested accommodations under the Americans with Disabilities Act of 1990;

4.

On or about December 7, 2009, the neurologist for LAURA MARSH FRAZIER forwarded documentation to Target confirming her diagnosis;

5.

On or about April 6, 2010, LAURA MARSH FRAZIER had an epileptic seizure while at work. Target did not make emergency contact with family members as indicated in her file, leaving her children abandoned at their daycare facility, as LAURA MARSH FRAZIER lay unconscious in a local emergency room;

6.

Because of the nature and severity of the seizures, LAURA MARSH FRAZIER repeatedly asked Target only for accommodations of 10-15 minutes in her arrival to work in the mornings, as the seizures occurred most frequently at that time of the day;

7.

On or about June 28, 2010, Target was notified of the EEOC complaint filed by LAURA MARSH FRAZIER in May of 2010, because of Target's failure to acknowledge or attempt to accommodate the physical maladies affecting LAURA MARSH FRAZIER;

8.

Immediately upon receiving the information about the EEOC complaint, Target began "writing up" LAURA MARSH FRAZIER for tardiness;.

9.

In addition to the write ups for the alleged tardiness, once having received notice of the EEOC complaint, Target HR Team Leader, Tara Glasper, in August 2010, began to arbitrarily adjust the work schedule of LAURA MARSH FRAZIER, after it was publicly posted, without any notice whatsoever to LAURA MARSH FRAZIER, directly sabotaging her attempts to report to work timely in a deliberate, malicious attempt to undermine Petitioner's employment with Target;

10.

Subsequent to dealing with the unannounced changes to her schedule made by Tara Glasper without the knowledge of LAURA MARSH FRAZIER, Petitioner began to receive documented write ups of alleged tardiness more frequently due to the ever-changing, inconsistent work schedule, coordinated by Tara Glasper;

11.

Despite the fact that LAURA MARSH FRAZIER attempted to reason with Tara Glasper and explain that she needed a more structured, scheduled start time for each day, to avoid exacerbation

of her condition, Tara Glasper's agenda to undermine Petitioner's employment with Target continued;

12.

On or about February 25, 2011, LAURA MARSH FRAZIER suffered a partial seizure while at Target during her work day. Once recovered, she requested to take her 15 minute break earlier than scheduled to help recover and regain her composure following the epileptic episode, and was chastised for her request;

13.

On or about February 25, 2011, LAURA MARSH FRAZIER, at the end of her shift, and on the very day of her seizure at work, was terminated from her employment with Target;

14.

No documentation was provided to LAURA MARSH FRAZIER at the time of her termination nor has any been produced to her by Target to this date;

15.

Petitioner avers that Target failed to make a reasonable accommodation for the disability of Petitioner and, instead, promoted an agenda to terminate her employment and terminated her in retaliation of the EEOC complaint she filed as well as her ongoing requests for a reasonable accommodation in her employment;

16.

Petitioner further avers that the defendant, Tara Glasper, engaged in the untoward campaign to have Petitioner terminated in contravention to law and the policy and procedures of her employment;

**WHEREFORE,** Petitioner prays that the Defendants named herein be served with a copy of this petition and cited to appear and answer it, and that after due proceedings are had, there be judgment for Petitioner and against Defendants named herein.

Petitioner further prays for all legal interest from date of judicial demand until paid, all costs of these proceedings, all punitive damages, attorney fees, all expert witness fees and costs of medical reports, and all other just and equitable relief to which Petitioner is entitled from each defendant herein.

RESPECTFULLY SUBMITTED:

DUNCAN & SIMON, LLC
8480 Bluebonnet Blvd., Suite G
Baton Rouge, Louisiana 70810
TELEPHONE: (225) 768-7803
FACSIMILE: (225) 768-7804

BY: _____
JAY M. SIMON, BAR NO. 26515
JONATHAN W. DUNCAN, BAR NO. 26629
Counsel of Record

**PLEASE SERVE:**

**TARGET CORPORATION**

Through its Registered Agent:
CT Corporation
5615 Corporate Blvd.
Baton Rouge, LA 70808

**TARA GLASPER**
At her place of employment:
Target Store #2089
6885 Siegen Lane
Baton Rouge, LA 70809

**XYZ INSURANCE COMPANY**
Please hold service at this time.

FILED 11-5-20__
Signed _____
Deputy Clerk of Court
A True Copy 11-8-20__
_____
Deputy Clerk of Court

| | |
|---|---|
| LAURA MARSH FRAZIER | NUMBER:           DIVISION: "" |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| TARGET STORES, TARA GLASPER AND XYZ INSURANCE COMPANY | STATE   OF LOUISIANA |

## REQUEST FOR WRITTEN NOTICE

TO:  CLERK OF COURT
     19th JUDICIAL DISTRICT COURT
     PARISH OF EAST BATON ROUGE

In accordance with LSA-CCP 1571 and 1572, you are hereby requested to give the undersigned counsel written notice, by mail, ten (10) days in advance of an date fixed for trial or hearing this case.

In accordance with LSA-C.C.P. 1914 and 1915, you are requested to give undersigned counsel written notice of any order or judgment made or rendered in these proceedings on the entry of such order or judgment.

RESPECTFULLY SUBMITTED:

DUNCAN & SIMON, LLC
8480 Bluebonnet Blvd., Suite G
Baton Rouge, Louisiana 70810
TELEPHONE: (225) 768-7803
FACSIMILE: (225) 768-7804

BY: _____
JAY M. SIMON, BAR NO. 26515
JONATHAN W. DUNCAN, BAR NO. 26629
Counsel of Record