UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


LAURA MARSH FRAZIER

VERSUS

TARGET CORPORATION, ET AL

CIVIL ACTION

NUMBER 12-750-JJB-SCR

### SCHEDULING ORDER
### (INCLUDING PRETRIAL CONFERENCE AND TRIAL DATES)

Considering the information in the Status Report filed February 14, 2013, record document number 14, the following scheduling order is entered pursuant to Rule 16, Fed.R.Civ.P.

A.  All fact discovery shall be completed, and motions to compel fact discovery shall be filed, by December 20, 2013.

B.  The parties shall make the initial disclosures required by Rule 26(a)(1), Fed.R.Civ.P., by April 8, 2013.

C.  Motions to amend the pleadings to add new parties or claims shall be filed by May 2, 2013.

D.  Plaintiff shall make the disclosure of persons who may be used at trial to present evidence under Rules 702, 703 or 705, Fed.R.Evid., by August 30, 2013. Defendant shall disclose such persons by October 15, 2013.

E.  Any person who will offer expert testimony for the plaintiff who is required by Rule 26(a)(2)(B), Fed.R.Civ.P., to produce a report shall produce such report by August 30, 2013. Defendant shall produce any required expert reports by October 15, 2013.

F.  Expert discovery, including depositions of expert witnesses, shall be completed by January 20, 2014.

G.  Dispositive motions **and *Daubert* motions** shall be filed by February 17, 2014.

H.  The parties shall file the final pretrial order by June 17, 2014. (Refer to the court's website for the district judge's pretrial order form.)[1]

I.  The final pretrial conference is set for July 3, 2014 at 1:30 p.m., in the chambers of the district judge.

J.  Motions in limine shall be filed by July 8, 2014 Response to motions in limine shall be filed by August 1, 2014.

K.  The parties shall file an affidavit describing their settlement efforts by August 15, 2014.

L.  Trial briefs shall be filed by August 29, 2014.

M.  The case is assigned for a bench trial September 29 - October 1, 2014, at 9:00 a.m. in Courtroom 1.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. A second and any subsequent motion to extend the scheduling order deadlines must be supported with detailed information describing the discovery already completed, what necessary discovery remains, the parties efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Motions for reconsideration by the magistrate judge of rulings granting or

---

[1] A link to the instructions can be found on the court's internet home page http://www.lamd.uscourts.gov. Strict compliance with these instructions will be required.

2

denying extensions of scheduling order deadlines will be considered as motions under either Rule 59 or Rule 60, Fed.R.Civ.P., depending on when the motion for reconsideration is filed. *See Lavespere v. Niagra Machine Tool Works*, 910 F.2d 167 (5th Cir. 1990), *cert. denied*, 510 U.S. 859, 114 S.Ct. 171 (1993).

**Motions to extend or otherwise change the deadlines in items H - M (pretrial order, pretrial conference, motions in limine, settlement affidavit, trial briefs, and trial date) shall be directed to the district judge.**

Additionally, counsel are to confer promptly to discuss a rational commercial solution to this litigation. Within 15 days of expiration of the discovery deadline in "A" above, plaintiff is to convey to defendant an offer of settlement or inform defendant that no settlement is possible. Defendant is to respond within 15 days from receipt of such offer.

**IT IS FURTHER ORDERED that the scheduling conference set for February 28, 2013 is canceled.**

Baton Rouge, Louisiana, February 15, 2013.

*[signature: Stephen C. Riedlinger]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE