UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAURA MARSH FRAZIER

VERSUS

TARGET CORPORATION,
ET AL.

CIVIL ACTION

NO. 12-750-JJB

## CONDITIONAL DISMISSAL ORDER

Having been informed that the parties have come to a settlement agreement;

IT IS ORDERED that this action be and it is hereby DISMISSED without prejudice to the right, upon good cause shown, to reopen the case within **60** days to enforce the terms of the settlement agreement.

The clerk's office shall terminate all pending deadlines and motions.

Baton Rouge, Louisiana, May 21, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: 504.648.3840
Facsimile: 504.648.3859
www.ogletreedeakins.com

Jennifer L. Englander
504.648.3846
Jennifer.Englander@ogletreedeakins.com

May 19, 2014

**Via Facsimile (225) 389-4031**
Honorable James J. Brady
U.S. District Judge
U.S. District Court, Middle District of Louisiana
777 Florida Street, 3rd Floor
Baton Rouge, LA 70801-1712

RE: *Laura Marsh Frazier v. Target Corporation, et al.*
United States District Court, Middle District of La., C.A. No. 12-750-JJB-SCR

Dear Judge Brady:

We are writing to inform you that the parties have reached a settlement in the above-referenced case. A stipulation of dismissal will be submitted once the settlement papers have been finalized and signed by the parties. Please let us know if you have any questions regarding this matter.

Sincerely,

Jennifer L. Englander
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Counsel for Target Corporation

Jay M. Simon
Duncan & Simon, LLC
8480 Bluebonnet Blvd., Suite G
Baton Rouge, LA 70810
Counsel for Plaintiff

JLE/azs

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver
Detroit Metro • Greenville • Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis
Miami • Minneapolis • Morristown • Nashville • New Orleans • New York City • Orange County • Philadelphia • Phoenix • Pittsburgh
Portland • Raleigh • Richmond • St. Louis • St. Thomas • San Antonio • San Diego • San Francisco • Stamford • Tampa • Torrance • Tucson • Washington