UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURA MARSH FRAZIER<br><br>versus<br><br>TARGET CORPORATION, TARA GLASPER AND XYZ INSURANCE CO. | )<br>)<br>)<br>)  Civil Action No.: 3:12-cv-750-JJB-SCR<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Laura Marsh Frazier ("Plaintiff"), and Defendant Target Corporation ( "Defendant"), hereby stipulate and agree to dismiss any and all claims which Plaintiff made or which Plaintiff could have made against Defendant in the above-captioned matter with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully Submitted,


/s/ *Jennifer L. Englander*
Steven Hymowitz, T.A. La. Bar No. 7140
Jennifer L. Englander, La. Bar No. 29572
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, Louisiana  70139
Telephone:  (504) 648-3840
Facsimile:  (504) 648-3859
Email:  Steven.Hymowitz@ogletreedeakins.com
Jennifer.Englander@ogletreedeakins.com

Attorneys for Target Corporation

/s/ Jay M. Simon
Jay M. Simon, La. Bar No. 26515
Duncan & Simon, LLC
8480 Bluebonnet Blvd., Suite G
Baton Rouge, Louisiana 70810
Telephone: (225) 768-7803
Facsimile: (225) 768-7804

Attorney Laura Marsh Frazier

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served, *via* the Court's CM/ECF system, on all counsel of record on this 9th day of June, 2014.

/s/ Jay M. Simon

18118500.1