# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAURA MARSH FRAZIER** ) | |
| ) | |
| **versus** ) | |
| ) | Civil Action No.: 3:12-cv-750-JJB-SCR |
| ) | |
| **TARGET CORPORATION, TARA** ) | |
| **GLASPER AND XYZ INSURANCE CO.** ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having reviewed the Joint Stipulation of Dismissal With Prejudice and finding it to be well-taken, it is hereby

**ORDERED** that this matter is dismissed with prejudice.

Baton Rouge, Louisiana, June 11, 2014.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA